**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

NOV 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CARLOS LOPEZ,
FMC-Devens, P.O. Box 879
Ayer, Massachusetts 01432
Registration No# 03010-049

v.

EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,
600 E Street, N.W., Room 7300
Washington, D.C 20530

Case: 1:07-cv-02002
Assigned To : Urbina, Ricardo M.
Assign. Date : 11/6/2007
Description: FOIA/PRIVACY ACT

## COMPLAINT

NOW COMES Carlos Lopez (Hereinafter "Mr. Lopez"), procceding pro se, and moves this Honorable Court to enter an Order directing the Executive Office of United States Attorneys to disclose Mr. Lopez' entire case file. As reasons therefor, Mr. Lopez says as follows:

1) In July 2006, Mr. Lopez filed a Freedom of Information Act request pursuant to 5 U.S.C § 552. Mr. Lopez filed what is termed as a "project request" and requested a complete copy of his federal case file.

2) On August 29, 2006, Acting Assistant Director William G. Stewart II, contacted Mr. Lopez and informed him that a "[p]roject request[] take[s] approximately nine months to process...[and Lopez] may expect that the processing of [his] request may take nine months from the date of [the] letter." **Exhibit 1**

3) A subsequent letter from Mr. Stewart was forwarded to Mr. Lopez informing him that "[s]ome of the information [he]

RECEIVED

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

requested originates with another Federal agency, rather than EOUSA or the U.S. Attorneys offices." Mr. Stewart instructed Mr. Lopez to contact the Drug Enforcement Administration to release their files, and further informed Mr. Lopez the EOUSA "are continuing to process those portions of [his] request which pertain to records in the possession of the EOUSA or U.S. Attorneys' offices." **Exhibit 2**

4) On April 19, 2007, Mr. Lopez notified the Defendants of his unexpected transfer and supplied the EOUSA with his new mailing address. Mr. Lopez further requested a status update on his Freedom of Information Act request. **Exhibit 3**

5) The Defendants did not reply to Mr. Lopez' letter.

6) On August 14, 2007, Mr. Lopez contacted the Defendants and informed them of their present "default" for not disclosing their case file in a timely manner. Mr. Lopez requested a status update on his Freedom of Information Act request. **Exhibit 4**

7) To the date of filing, the Defendants have ignored all of Mr. Lopez' inquiries and have failed to disclose their case file. It has been approximately 14 months from the date Mr. Lopez filed his Freedom of Information Act request to the Defendants.

**Wherefore**, for the foregoing reasons, Mr. Lopez respectfully moves this Honorable Court to enter an Order **GRANTING** the following reliefs:

A. THE DEFENDANTS SHALL DISCLOSE ALL AND ANY DOCUMENTS IN THE POSSESSION OR CONTROL OF THE EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS AND THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEW HAMPSHIRE, RELATING TO THE SURVEILLANCE, ARREST, AND PROSECUTION OF MR. LOPEZ.

B. THE DEFENDANTS SHALL DISCLOSE ALL AND ANY DOCUMENTS IN THEIR POSSESSION OR CONTROL RELATING TO MR. LOPEZ' CRIMINAL CASE AND THE CASES OF THE CODEFENDANTS AND WITNESSES RELEVANT TO HIS CRIMINAL CASE.

C. THE DEFENDANTS SHALL DISCLOSE ALL AND ANY DOCUMENTS IN THEIR POSSESSION OR CONTROL RELATING TO ANY "DEALS," WHETHER EXPRESSED OR IMPLIED, OR AGREEMENTS OF FAVORABLE TREATMENT FOR ANY WITNESS INVOLVED IN MR. LOPEZ' CASE.

D. THE DEFENDANTS SHALL PAY ALL COURT FEES ASSOCIATED WITH THE FILING AND PROCESS OF THE IMMEDIATE CIVIL ACTION,

E. AND ANY OTHER RELIEF THIS COURT FEELS IS NECESSARY. **AFFIANT FURTHER SAYETH NAUGHT.**

Respectfully submitted,

Date: 10/22/07

Carlos Lopez, pro se
Reg. No. 03010-049
FMC-Devens, Unit H-A
P.O. Box 879
Ayer, Massachusetts 01432

Exhibit 1



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

AUG 2 9 2006

Request Number: __06-2619__ Requester: __Carlos Lopez__

Subject: __Self/DNH__

     The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request</u>. If we need additional information, we will contact you within two weeks.

     Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

     EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

     By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time</u>! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                                                Sincerely,

                                                William G. Stewart II
                                                Acting Assistant Director

Form No. 001 -1/06

Exhibit 2



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

AUG 2 9 2006

Requester: Carlos Lopez                           Request Number:   06-2619

Subject: Self

Dear Requester:

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act and/or Privacy Act request. The EOUSA is the official record keeper for all records located in this office and the various United States Attorney's offices.

    Some of the information you requested originates with another Federal agency, rather than EOUSA or the U.S. Attorneys offices. For this information, please contact the following agencies directly at their addresses:

                Drug Enforcement Administration
           Freedom of Information Operations Unit
                   Department of Justice
                   700 Army Navy Drive
                    Arlington, VA 22202

    We are continuing to process those portions of your request which pertain to records in the possession of the EOUSA or U.S. Attorneys' offices.

    You may appeal my decision in this matter by writing within sixty (60) days from the date of this letter, to:
                   Office of Information and Privacy
                 United States Department of Justice
             1425 New York Ave., N.W., Suite 11050
                 Washington, D.C. 20530-0001

    Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

    After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

                                              Sincerely,

                                             William G. Stewart II
                                             Acting Assistant Director

Form No. 042A - 1/06

**Exhibit 3**

April 19, 2007

Carlos Lopez
Reg. No. 03010-049
FMC-Devens, P.O. Box 879, Unit H-A
Ayer, Massachusetts 01432

William G. Stewart, II
Assistant Director
Executive Office of United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530

**Request No. 06-2619**
**Requester: Carlos Lopez**
**Subject: Self/DNH**

Dear Mr. Stewart:

    Please take notice of my new mailing address provided above. I recently received an unexpected transfer from FCI-Fort Dix to this facility.

    I respectfully request that you provide me with a status update on the above-mentioned FOIA/PA request, which was filed in your office on August 29, 2006.

    Thank you for your attention, as well as your cooperation on this matter. Do acknowledge receipt of my immediate change of address.

                                      Sincerely,

                                      Carlos Lopez

**Exhibit 4**

August 14, 2007

Carlos Lopez
Reg. No. 03010-049
FMC-Devens, Unit H-A
P.O. Box 879
Ayer, Massachusetts 01432

William G. Stewart, II
Assistant Director
Executive Office of United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530

**Request No. 06-2619**
**Requester: Carlos Lopez**
**Subject: Self/DNH**

Dear Mr. Stewart:

    I respectfully urge you to give me an update on my FOIA/PA request that was filed on August 29, 2006.

    On April 19, 2007, I supplied you with a notice of my change of address, to where no reply ever came. You informed me that my "Project Request" will be disclosed within nine months from my date of filing. You are presently in default and have not replied to my inquiries. If I do not hear from you I will be forced to bring this matter before the United States District Court.

    Thank you for your attention on this matter. I look forward to hearing from you.

                              Sincerely,

                              Carlos Lopez

CJL

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

*handwritten: I-07-2002 RMU*

**I (a) PLAINTIFFS**

Carlos Lopez

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 03010-049

**DEFENDANTS**

Executive Office for U.S. Attorneys

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-02002
Assigned To : Urbina, Ricardo M.
Assign. Date : 11/6/2007
Description: FOIA/PRIVACY ACT

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

...

...
...

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** 0   Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

**DATE**        **SIGNATURE OF ATTORNEY OF RECORD**

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd