**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-2002 RMU__

__Carlos Lopez__
V.
__Executive Office of US Attorneys__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE _____ COPIES. If you are served on behalf of a corporation, unincorporated association _____ under your signature your relationship to that entity. If _____ you must indicate under your signature your authority.

_____ in ___ days, you (or the party on whose behalf you _____ complaint in any other manner permitted by law.

_____ those behalf you are being served) must answer the _____ gment by default will be taken against you for the

_____ ceipt of Summons and Complaint By Mail was

(USMS Official)

COMPLAINT

___ of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense