UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS LOPEZ, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE FOR UNITED )<br>    STATES ATTORNEYS, )<br>)<br>DEFENDANT ) | No. 07-2002 (RMU) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff filed this civil action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. sec. 552a. He claims that the Executive Office for United States Attorneys improperly withheld documents consisting of his "entire case file". Complaint, unnumbered para. 1. An answer to the complaint is due on December 13, 2007. Defendant is currently investigating the allegations in the complaint.

Defendant seeks an enlargement of time in which to answer or otherwise respond to the Complaint in this case, pursuant to Fed. R. Civ. P. 6(b)(1). As plaintiff is a pro se prisoner incarcerated at the Federal Medical Center-Devens in Ayer, Massachusetts,, undersigned counsel has not sought his consent to this motion.[1]

Defendant moves for additional time to answer or otherwise respond to plaintiff's complaint because it has not completed conferring with agency counsel pertaining to the allegations in the Complaint. In addition, undersigned counsel is scheduled to be out of town on December 11, 13 and

---

[1] Local Civil Rule 7(m) does not require counsel to discuss nondispositive motions with incarcerated parties who are proceeding pro se.

14, 2007.  Uundersigned counsel Charlotte A. Abel is not currently in possession of all of the information necessary to admit or deny the allegations contained in Plaintiff's complaint.

WHEREFORE, Defendant moves for a thirty-day enlargement of time, up to and including January 3, 2008, in part to accommodate absences of staff due to the winter holiday season, to answer or otherwise respond to the complaint.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434610
Assistant United States Attorney

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December, 2007, a copy of the foregoing Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at the following address:

Carlos Lopez
#03010-049
FMC-Devens, P.O. Box 879
Ayer, Massachusetts 01432

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS LOPEZ, | ) | |
| | ) | |
| PLAINTIFF | ) | No. 07-2002 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED | ) | |
| STATES ATTORNEYS, | ) | |
| | ) | |
| DEFENDANT | ) | |

**O R D E R**

Upon consideration of Defendant's Motion for an Extension of Time in which to File or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time in which to File or Otherwise Respond to the Complaint is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including January 4, 2008, to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE