UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS LOPEZ, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE FOR UNITED )<br>   STATES ATTORNEYS, )<br>)<br>DEFENDANT ) | No. 07-2002 (RMU) |

### DEFENDANT'S ANSWER TO COMPLAINT

#### FIRST DEFENSE

The complaint fails to state a claim upon which relieve can be granted because no records have been improperly withheld.

#### SECOND DEFENSE

The Executive Office for United States Attorneys is not a proper party defendant.

#### THIRD DEFENSE

In response to the numbered paragraphs of Plaintiff's complaint, the Department of Justice Executive Office for United States Attorneys (EOUSA)(hereinafter Defendant) admits, denies, or otherwise avers as follows:

1. Defendant admits the allegation contained in the first sentence of this paragraph and avers that Plaintiff's letter was dated August 7, 2006. Defendant respectfully refers the Court to a copy of Plaintiff's request as the best evidence of its date and contents.[1] Defendant admits the second

---

[1] To avoid burdening the record, Defendant has not attached copies of documents referenced in the complaint. Relevant documents will be attached to Defendant's dispositive motion.

sentence of this paragraph.

2-6. Admit.

7. Defendant admits that it did not reply to plaintiff's April 19, 2007 and August 14, 2007 requests for status. Defendant avers that by letter dated December 21, 2007, it issued a final release determination to Plaintiff on his request. Defendant released 305 pages in full, 72 pages in part, and withheld 276 pages pursuant to Exemptions 3, 5, & 7(C). A total of 331 pages was referred to other agencies or sub-agencies for direct response. Mr. Lopez was advised that processing fees in the amount of $140.10 are due.

The last unnumbered paragraph contains Plaintiff's description of the relief that he seeks to which no response is required. To the extent that a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested herein or to any relief whatsoever. Defendant denies each and every statement and allegation made in this complaint not expressly admitted herein.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434610
Assistant United States Attorney

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2008, a copy of the foregoing Defendant's Answer to the Complaint was mailed, postage prepaid, to plaintiff, pro se at the following address:

Carlos Lopez
#03010-049
FMC-Devens, P.O. Box 879
Ayer, Massachusetts 01432

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 4th Street, NW
Washington, D.C. 20530
Respectfully submitted,