UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS LOPEZ, ) | |
| ) | |
| PLAINTIFF ) | No. 07-2002 (RMU) |
| ) | |
| v. ) | |
| ) | |
| EXECUTIVE OFFICE FOR UNITED ) | |
| STATES ATTORNEYS, ) | |
| ) | |
| DEFENDANT ) | |

NOTICE OF FILING

Defendant consents to a magistrate judge for all purposes.

\* \* \*

Defendant proposes that the Court adopt the following briefing schedule in this case:

Dispositive motions due:  February 6, 2008

Oppositions due: March 31, 2008

Replies due: April 17, 2008

A proposed order consistent with this proposed briefing schedule is attached.

Respectfully submitted,

  /s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building

555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2008, a copy of the foregoing Defendant's Notice of Filing was mailed, postage prepaid, to plaintiff, pro se at the following address:

Carlos Lopez
#03010-049
FMC-Devens, P.O. Box 879
Ayer, Massachusetts 01432

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 4th Street, NW
Washington, D.C. 20530
Respectfully submitted,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS LOPEZ, | ) | |
| | ) | |
| PLAINTIFF | ) | No. 07-2002 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED | ) | |
| STATES ATTORNEYS, | ) | |
| | ) | |
| DEFENDANT | ) | |

**DEFENDANT'S PROPOSED SCHEDULING ORDER**

The parties are directed to follow the following briefing schedule.


Dispositive motions due:  February 6, 2008

Oppositions due: March 31, 2008

Replies due: April 17, 2008


_____
UNITED STATES DISTRICT JUDGE