# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

Case 1:07-cv-02002-RMU   Document 10   Filed 12/14/2007

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carlos Lopez | 07-2002  RMU |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Executive Office of US Attorneys | Summons in A Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Executive Office of United States Attorneys

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 600 E St., NW, Rm. 7300, Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

RECEIVED 2007 NOV -6 P 5: [illegible]

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER | DATE

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk *[signed]* | Date 11/6/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Danita Taylor, Legal Administrative Specialist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 12/12/07   Time: 1505 pm

Signature of U.S. Marshal or Deputy
*Jessica Schwartz 4047*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

**RECEIVED DEC 1 4 2007**

REMARKS:
POC: Danita Taylor  202 616 6757

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SCHWITZ 4047 / KIM 0827

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)