UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS LOPEZ, | ) | |
| | ) | |
| PLAINTIFF | ) | No. 07-2002 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, | ) ) | |
| | ) | |
| DEFENDANT | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff filed this civil action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. sec. 552a. He claims that the Executive Office for United States Attorneys improperly withheld documents consisting of his "entire case file". Complaint, unnumbered para. 1. Defendant answered the complaint and moved for summary judgment. Plaintiff opposed the motion. The certificate of service indicates that he mailed a copy to undersigned counsel on May 1, 2008. Undersigned counsel has not yet received the service copy. She was alerted to the opposition on May 8, 2008, when it was entered on the district court's electronic docket.

Defendant seeks an enlargement of time in which to file a reply to plaintiff's opposition to defendant's motion for summary judgment. According to Local Civil Rule 5.4 and 7, Defendant's reply is due on May 14, 2008 (five days plus three days for mailing.) As plaintiff is a pro se prisoner incarcerated at the Federal Medical Center-Devens in Ayer, Massachusetts, undersigned counsel has not sought his consent to this motion.[1] Defendant moves for additional time to reply because at the

---

[1] Local Civil Rule 7(m) does not require counsel to discuss nondispositive motions with incarcerated parties who are proceeding pro se.

time plaintiff's opposition appeared on the electronic docket, defense counsel was in aftermath of trial preparation in *Barbara Evans v. Elaine Chao*, CA 04-849 and was absent from the office on May 9, 2008. She overlooked the fact that the District Court requires that motion for enlargement be made at least four days in advance of the deadline. Defense counsel is well aware of this requirement and regrets her failure seek an extension on or before May 9, 2008. This is defendant's first request for extension of time to file the reply brief and defendant's second motion for enlargement of time filed in this litigation [Dk. # 6]. Defendant seeks additional time in which to file a reply and submits that a reply will assist the court in deciding the motion for summary judgment.

WHEREFORE, Defendant moves for an enlargement of time, up to and including May 21, 2008, so that it may file a reply to plaintiff's opposition to defendant's motion for summary judgment.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434610
Assistant United States Attorney

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building

          555 4th Street, N.W.
          Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2008, a copy of the foregoing Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at the following address:

Carlos Lopez
#03010-049
FMC-Devens, P.O. Box 879
Ayer, Massachusetts 01432

          /s/
          CHARLOTTE A. ABEL, D.C. Bar #388582
          Assistant United States Attorney
          Judiciary Center Building, 10th Floor
          555 4th Street, NW
          Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS LOPEZ, | ) | |
| | ) | |
| PLAINTIFF | ) | No. 07-2002 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, | ) ) | |
| | ) | |
| DEFENDANT | ) | |

**O R D E R**

Upon consideration of Defendant's Motion for an Extension of Time in which to File a Reply, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time is GRANTED, nunc pro tunc;

It is FURTHER ORDERED: that defendant shall have up to and including May 21, 2008, to file a reply to plaintiff's opposition to defendant's motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE