UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS LOPEZ, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE OF THE UNITED )<br>STATES ATTORNEYS )<br>)<br>    Defendant. )<br>) | Civ. Action No. 07-2002 (RMU) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

  The Clerk of the Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette and remove the appearance of Assistant United States Attorney Charlotte A. Abel as counsel for Defendant in the above-captioned case.

                Respectfully submitted,

                /s/
                ANDREA MCBARNETTE, DC Bar #483789
                Assistant United States Attorney
                United States Attorney's Office
                Civil Division
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 514-7470