**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **CARLOS LOPEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 07-2002 (RMU)** |
| ***EXECUTIVE OFFICE OF THE*** | ) | |
| **U. S. ATTORNEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE**

Defendant hereby advises the Court that a copy of Defendant's Notice of Substitution of

Counsel (Docket # 19), filed on September 4, 2008, was inadvertently not placed in the office's

outgoing mail.  A copy of the substitution of counsel, including this notice will be mailed today

to:

CARLOS LOPEZ
R03010-049
Devens Federal Medical Center
Inmate Mail/Parcells
P.O. Box 879
Ayers, MA 01432

Respectfully submitted,

          /s/
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2008, that a copy of the

foregoing Notice of Amended Certificate of Service was filed and served by First-Class mail;

postage prepaid to:


CARLOS LOPEZ
R03010-049
Devens Federal Medical Center
Inmate Mail/Parcells
P.O. Box 879
Ayers, MA 01432

|                                       |                                          |
| ------------------------------------- | ---------------------------------------- |
|                                       | /s/                                      |
| _____   | ANDREA MCBARNETTE, DC Bar #483789        |
|                                       | Assistant United States Attorney         |
|                                       | United States Attorney's Office          |
|                                       | Civil Division                           |
|                                       | 555 4th Street, N.W.                |
|                                       | Washington, D.C. 20530                   |
|                                       | (202) 514-7470                           |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CARLOS LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-2002 (RMU) |
| | ) | |
| EXECUTIVE OFFICE OF THE UNITED | ) | |
| STATES ATTORNEYS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Andrea McBarnette and remove the appearance of Assistant United States Attorney Charlotte A.

Abel as counsel for Defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470